# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROLAND KITTRELL,             :   No. 819 MAL 2015

          Petitioner       :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court
          v.                :

TIMOTHY WATSON, RODNEY    :
KAUFFMAN, MR. GRASSMYER, MR. :
ORDORF, MR. EVANS,          :

          Respondents    :


## ORDER


**PER CURIAM**

     **AND NOW**, this 15th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.


     Justice Eakin did not participate in the decision of this matter.